**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JUAN CARLOS SERRANO GUARDADO,

Plaintiff,

v.

CARRIE M. SELBY, et al.,

Defendants.

Civ. Action No. 8:26-cv-3739-LKG

Dated: November 24, 2026

# ORDER

Upon consideration of the parties' *Consent Motion to Transfer* filed by the above-captioned Defendants (ECF No. 6), and finding good cause therefore, it is:

**ORDERED** that the parties' *Consent Motion to Transfer* is **GRANTED** (ECF No. 6),

**ORDERED** that this matter be **TRANSFERRED** to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1404(a), and,

**IT IS FURTHER ORDERED** that the Defendants shall be granted a 30-day extension of time to file an initial responsive pleading to the Complaint once this case is placed on the electronic docket in the District of Nebraska pursuant to Fed. R. Civ. P. 6(b), and

**IT IS FURTHER ORDERED** that the Clerk shall **CLOSE** the case in the District of Maryland.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge